skip to main content

Print

# CASE INFORMATION

## CV-19-919388 MARLESHA BERRY, ET AL. vs. JOHN DOE, ET AL.

## Docket Information

| Filing Date | Docket Party | Docket Type | Docket Description | View Image |
|---|---|---|---|---|
| 08/10/2019 | N/A | SR | FEDEX RECEIPT NO. 39415674 DELIVERED BY FEDEX 08/09/2019 LIBERTY MUTUAL GENERAL INSURANCE COMPANY PROCESSED BY COC 08/10/2019. | |
| 08/07/2019 | N/A | SR | SUMMONS E-FILE COPY COST | |
| 08/07/2019 | D2 | CS | WRIT FEE | |
| 08/07/2019 | D2 | SR | SUMS COMPLAINT(39415674) SENT BY FEDERAL EXPRESS. TO: LIBERTY MUTUAL GENERAL INSURANCE COMPANY 175 BERKELEY STREET BOSTON, MA 02116 | 📄 |
| 08/07/2019 | N/A | SF | JUDGE HOLLIE L GALLAGHER ASSIGNED (RANDOM) | |
| 08/07/2019 | P1 | SF | LEGAL RESEARCH | |
| 08/07/2019 | P1 | SF | LEGAL NEWS | |
| 08/07/2019 | P1 | SF | LEGAL AID | |
| 08/07/2019 | P1 | SF | COURT SPECIAL PROJECTS FUND | |
| 08/07/2019 | P1 | SF | COMPUTER FEE | |
| 08/07/2019 | P1 | SF | CLERK'S FEE | |
| 08/07/2019 | P1 | SF | DEPOSIT AMOUNT PAID THOMAS J ZAFFIRO | |
| 08/07/2019 | N/A | SF | CASE FILED: COMPLAINT | 📄 |

Only the official court records available from the Cuyahoga County Clerk of Courts, available in person, should be relied upon as accurate and current.

Website Questions or Comments.

Copyright © 2019 PROWARE. All Rights Reserved. 1.1.230

EXHIBIT 1



**NAILAH K. BYRD**
**CUYAHOGA COUNTY CLERK OF COURTS**
1200 Ontario Street
Cleveland, Ohio 44113

## Court of Common Pleas

New Case Electronically Filed:
August 7, 2019 09:48

By: THOMAS J. ZAFFIRO 0051954

Confirmation Nbr. 1782399

MARLESHA BERRY, ET AL.　　　　　　　　　CV 19 919388

　vs.
　　　　　　　　　　　　　　　　　　　　**Judge:** HOLLIE L. GALLAGHER
JOHN DOE, ET AL.

**Pages Filed:** 8

IN THE COURT OF COMMON PLEAS
CUYAHOGA COUNTY, OHIO

| | |
|---|---|
| MARLESHA BERRY ) <br> 1042 East 131st )     CASE NO:_____ <br> East Cleveland, OH 44108 ) <br> ) <br> and )     JUDGE:_____ <br> ) <br> **R.S.**           by and through his ) <br> mother MARLESHA BERRY )     COMPLAINT <br> 1042 East 131st ) <br> East Cleveland, OH 44108 ) <br> ) <br> and ) <br> ) <br> J.F.            by and through her ) <br> mother MARLESHA BERRY ) <br> 1042 East 131st ) <br> East Cleveland, OH 44108 ) <br> ) <br> and ) <br> ) <br> D.B.           by and through her ) <br> mother MARLESHA BERRY ) <br> 1042 East 131st ) <br> East Cleveland, OH 44108 ) <br> ) <br>        Plaintiffs, ) <br> ) <br>        -vs- ) <br> ) <br> JOHN DOE ) <br> Address Unknown ) <br> ) <br> and ) <br> ) <br> LIBERTY MUTUAL GENERAL ) <br> INSURANCE COMPANY <br> 175 Berkeley Street <br> Boston, Massachusetts 02116 <br><br>        Defendants, | |

-1-

Plaintiffs Marlesha Berry, R.S., D.B. and J.F. for their cause of action against Defendants John Doe and Liberty Mutual General Insurance Company ("Liberty") states as follows:

## COUNT ONE

1. Plaintiff R.S. a minor, age 9 years old and brings his claim by his parent and next of friend Marlesha Berry.

2. Plaintiff, R.S. states that on or about August 31, 2017 at approximately 8:00 pm he was a rear seat passenger in the vehicle operated by his mother, Marlesha Berry. Said motor vehicle was parked in the parking lot of Walgreens on Euclid Avenue in the City of Cleveland, Ohio when Defendant, John Doe attempted to park next to the vehicle striking plaintiff's vehicle in the rear end.

3. Plaintiff R.S. further states that as direct result of Defendant John Doe's negligent driving he sustained injuries to his head, neck, back, and was otherwise injured; and sustained great pain of body and mind and has incurred medical expenses in excess of TWO THOUSAND FIVE HUNDRED DOLLARS ($2,500.00) at the time of the filing of the within Complaint, and expects to incur medical expenses in the future to treat his injuries which he believes are permanent in nature.

## COUNT TWO

4. Plaintiffs further state and incorporate the allegations of paragraphs one through Three of Count One as if fully rewritten herein.

5. Plaintiff R.S. states on belief that Liberty, is a corporation duly incorporated

under the laws of the State of Ohio and at all times pertinent hereto are and were doing business in The County of Cuyahoga, and the State of Ohio in the sale and providing of insurance to the general public.

6. Plaintiff R.S. further state that on or about August 31, 2017 he was an insured pursuant to an automobile insurance policy issued by defendant Liberty and was at all times herein an insured pursuant to the terms and conditions of that policy. A copy of the policy is not attached for the reason it is in the possession of Defendant Liberty.

### COUNT THREE

7. Plaintiffs further state and incorporate the allegations of paragraphs one through six of Counts One, and Two as if fully rewritten herein.

8. Plaintiff R.S. further states that he filed an underinsured/uninsured motorist claim with Defendant, Liberty pursuant to his insurance policy with Defendant Liberty.

9. Plaintiff further states that she made a demand for payment pursuant to the terms of the policy but defendant has refused to tender an reasonable offer and Defendant has further failed to tender medical payment as required by the policy.

10. Plaintiff R.S. further states that defendant Liberty's actions and/or inactions are in direct violation of the terms and conditions of the insurance policy with defendant.

11. Plaintiff further states that defendant Liberty's failure to act in good faith in the processing of this claim have forced him to seek judicial determination of his damages and have forced him to incur unnecessary legal expenses for the same.

12. Plaintiff further states that Defendant, Liberty has failed to negotiate in good faith and has otherwise engaged in bad faith negotiations in this claim.

## COUNT FOUR

14.     Plaintiffs further states and incorporates the allegations of paragraphs one through thirteen of Counts One, Two and Three as if fully rewritten herein.

15.     Plaintiff J.F. a minor, age 11 years old and brings her claim by her parent and next of friend Marlesha Berry.

16.     Plaintiff, J.F. states that on or about August 31, 2017 at approximately 8:00 pm she was a front seat passenger in the vehicle operated by her mother, Marlesha Berry. Said motor vehicle was parked in the parking lot of Walgreens on Euclid Avenue in the City of Cleveland, Ohio when Defendant, John Doe attempted to park next to the vehicle striking plaintiff's vehicle in the rear end.

17.     Plaintiff J.F. further states that as direct result of Defendant John Doe's negligent driving she sustained injuries to her head, neck, back, and was otherwise injured; and sustained great pain of body and mind and has incurred medical expenses in excess of TWO THOUSAND SIX HUNDRED DOLLARS   ($2,600.00) at the time of the filing of the within Complaint, and expects to incur medical expenses in the future to treat her injuries which she believes are permanent in nature.

## COUNT FIVE

18.     Plaintiffs further state and incorporate the allegations of paragraphs one through seventeen of Counts One, Two, Three and Four as if fully rewritten herein.

19.     Plaintiff J.F. states on belief that Liberty, is a corporation duly incorporated under the laws of the State of Ohio and at all times pertinent hereto are and were doing business in The County of Cuyahoga, and the State of Ohio in the sale and providing of insurance to the general public.

20. Plaintiff J.F. further state that on or about August 31, 2017 she was an insured pursuant to an automobile insurance policy issued by defendant Liberty and was at all times herein an insured pursuant to the terms and conditions of that policy. A copy of the policy is not attached for the reason it is in the possession of Defendant Liberty.

## COUNT SIX

21. Plaintiffs further state and incorporate the allegations of paragraphs one through twenty of Counts One, Two , Three, Four and , Five as if fully rewritten herein.

22. Plaintiff J.F. further states that she filed an underinsured/uninsured motorist claim with Defendant, Liberty pursuant to her insurance policy with Defendant Liberty.

23. Plaintiff further states that she made a demand for payment pursuant to the terms of the policy but defendant has refused to tender any reasonable offer and Defendant has further failed to tender medical payment as required by the policy.

24. Plaintiff further states that defendant Liberty's actions and/or inactions are in direct violation of the terms and conditions of the insurance policy with defendant.

25. Plaintiff J.F. further states that defendant Liberty's failure to act in good faith in the processing of this claim have forced her to seek judicial determination of her damages and have forced her to incur unnecessary legal expenses for the same.

26. Plaintiff J.F. further states that Defendant, Liberty has failed to negotiate in good faith by and has otherwise engaged in bad faith negotiations in this claim.

## COUNT SEVEN

27. Plaintiffs further states and incorporates the allegations of paragraphs one through twenty six of Counts One, Two , Three, Four, Five and Six as if fully rewritten herein.

28. Plaintiff D.B. a minor, age 17 years old and brings her claim by her parent and

-5-

next of friend Marlesha Berry.

29. Plaintiff, D.B. states that on or about August 31, 2017 at approximately 8:00 pm she was a rear seat passenger in the vehicle operated by her mother, Marlesha Berry. Said motor vehicle was parked in the parking lot of Walgreens on Euclid Avenue in the City of Cleveland, Ohio when Defendant, John Doe attempted to park next to the vehicle striking plaintiff's vehicle in the rear end.

30. Plaintiff D.B. further states that as direct result of Defendant John Doe's negligent driving she sustained injuries to her head, neck, back , and was otherwise injured; and sustained great pain of body and mind and has incurred medical expenses in excess of TWO THOUSAND SIX HUNDRED DOLLARS ($2,600.00) at the time of the filing of the within Complaint, and expects to incur medical expenses in the future to treat her injuries which she believes are permanent in nature.

## COUNT EIGHT

31. Plaintiffs further state and incorporate the allegations of paragraphs one thirty of Counts One, Two , Three, Four, Five , Six and Seven as if fully rewritten herein.

32. Plaintiff D.B. states on belief that Liberty, is a corporation duly incorporated under the laws of the State of Ohio and at all times pertinent hereto are and were doing business in The County of Cuyahoga, and the State of Ohio in the sale and providing of insurance to the general public.

33. Plaintiff D.B. further state that on or about August 31, 2017 she was an insured pursuant to an automobile insurance policy issued by defendant Liberty and was at all times herein an insured pursuant to the terms and conditions of that policy. A copy of the policy is not attached for the reason it is in the possession of Defendant Liberty.

## COUNT NINE

34. Plaintiffs further state and incorporate the allegations of paragraphs one through thirty three of Counts One, Two, Three, Four, Five, Six, Seven and Eight as if fully rewritten herein.

35. Plaintiff D.B. further states that she filed an underinsured/uninsured motorist claim with Defendant, Liberty pursuant to her insurance policy with Defendant Liberty.

36. Plaintiff further states that she made a demand for payment pursuant to the terms of the policy but defendant has refused to tender any reasonable offer and Defendant has further failed to tender medical payment as required by the policy.

37. Plaintiff further states that defendant Liberty's actions and/or inactions are in direct violation of the terms and conditions of the insurance policy with defendant.

38. Plaintiff D.B. further states that defendant Liberty's failure to act in good faith in the processing of this claim have forced her to seek judicial determination of her damages and have forced her to incur unnecessary legal expenses for the same.

39. Plaintiff D.B. further states that Defendant, Liberty has failed to negotiate in good faith by and has otherwise engaged in bad faith negotiations in this claim.

## COUNT TEN

40. Plaintiffs further state and incorporate the allegations of paragraphs one through thirty nine of Counts One, Two, Three, Four, Five, Six, Seven, Eight and Nine as if fully rewritten herein.

41. Plaintiff Marlesha Berry is the parent of R.S., D.B. and J.F. and states that as a direct and proximate result of the injuries to her children she has incurred hospital and medical expenses in the amount in excess of TWELVE THOUSAND DOLLARS ($12,000.00) at the time of the filing of the within Complaint, and expects to incur medical expenses in the future to treat the injuries to children son which she believes are permanent in nature.

-7-

42. Plaintiff further states that she has lost the services and consortium of her children R.S. D.B. and J.F. and will suffer further loss of services and consortium in the future.

WHEREFORE, Plaintiffs Marlesha Berry, R.S. D.B. and J.F. prays for judgment against Defendants John Doe and Liberty Mutual General Insurance Company both jointly and severally in an amount in excess OF TWENTY FIVE THOUSAND DOLLARS ($25,000.00) each in Compensatory Damages and further pray for ONE HUNDRED THOUSAND DOLLARS $(100.000.00) each in PUNITIVE DAMAGES together with PRE-JUDGMENT INTEREST attorney fees and the costs of this action.

/s/ Thomas J. Zaffiro
THOMAS J. ZAFFIRO (0051954)
Attorney for Plaintiff
4577 Mayfield Road
South Euclid, Ohio 44121
Telephone: (216) 382-0444
Fax (216)382-0022
toza1120@aol.com

| CASE NO. | SUMMONS NO. |
|---|---|
| CV19919388  D2 FX | 39415674 |

Rule 4 (B) Ohio
Rules of Civil Procedure

## SUMMONS

MARLESHA BERRY, ET AL.   **PLAINTIFF**
VS
JOHN DOE, ET AL.   **DEFENDANT**

LIBERTY MUTUAL GENERAL INSURANCE COMPANY
175 BERKELEY STREET
BOSTON MA 02116

You have been named defendant in a sums complaint (copy attached hereto) filed in Cuyahoga County Court of Common Pleas, Cuyahoga County Justice Center, Cleveland, Ohio 44113, by the plaintiff named herein.

You are hereby summoned and required to answer the complaint within 28 days after service of this summons upon you, exclusive of the day of service.

Said answer is required to be served on: 

Said answer is required to be served on Plaintiff's Attorney (Address denoted by arrow at left.)

**Plantiff's Attorney**

THOMAS J ZAFFIRO
4577 MAYFIELD ROAD

SOUTH EUCLID, OH 44121-0000

Your answer must also be filed with the court within 3 days after service of said answer on plaintiff's attorney.

If you fail to do so, judgment by default will be rendered against you for the relief demanded in the complaint.

Case has been assigned to Judge:

HOLLIE L GALLAGHER
Do not contact judge. Judge's name is given for attorney's reference only.

**NAILAH K. BYRD**
Clerk of the Court of Common Pleas


By _____
Deputy



| DATE SENT |
|---|
| Aug 7, 2019 |

COMPLAINT FILED   08/07/2019

CMSN130



August 10, 2019

Dear Customer:

The following is the proof-of-delivery for tracking number **788971823567**.

## Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered to:** | Shipping/Receiving |
| **Signed for by:** | J.DILORETO | **Delivery location:** | 175 BERKELEY ST BOSTON, MA 02116 |
| **Service type:** | FedEx Express Saver | **Delivery date:** | Aug 9, 2019 08:59 |
| **Special Handling:** | Deliver Weekday | | |
| | Direct Signature Required | | |



## Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 788971823567 | **Ship date:** | Aug 7, 2019 |
| | | **Weight:** | 0.5 lbs/0.2 kg |

**Recipient:**
LIBERTY MUTUAL GENERAL INSURANCE CO
175 BERKELEY STREET
BOSTON, MA 02116 US

**Shipper:**
CCoC
1200 Ontario
Cleveland, OH 44113 US

**Reference** CV19919388
**Invoice number** 39415674

Thank you for choosing FedEx.

CV19919388 / 39415674 / LIBERTY MUTUAL GENERAL INSURANCE COMPANY / 2019-8-10 05:19